[No. 20285-9-II.    Division Two.    April 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT DIEU WILTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-05035-4, Waldo F. Stone, J., entered January 10, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 20336-7-II.    Division Two.    April 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LORRAINE DENISE WALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-02941-0, Frederick B. Hayes, J., entered January 23, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Hunt, JJ.

[No. 20528-9-II.    Division Two.    April 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GERTRUDE MARY STEELE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00752-7, Randolph Furman, J., entered March 28, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Hunt, JJ.

[No. 20724-9-II.    Division Two.    April 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK STEPHEN ZABIK, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-00465-2, Rosanne Buckner, J., entered May 2, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.